statement of facts, on the authority of Lyons v. Ostrander, 167 N. Y. 135, 60 N. E. 334.

DU BARRY, Respondent, v. GENNARO, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Helen Bratt Du Barry against Augusto E. Gennaro. No opinion. Interlocutory judgment affirmed, with costs.

DUNCAN, Respondent, v. GOMPRECHT SAUSAGE CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by William M. Duncan against the Gomprecht Sausage Company, impleaded with others. H. R. Squier, for appellant. E. P. Phillips, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

DURST et al., Respondents, v. SARKISIAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by William F. Durst and another against Dickran M. Sarkisian and others.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the ground (1) that the Drapery Hardware Manufacturing Company is not a party defendant to this action, and (2) that it does not appear that the books and papers of which inspection and discovery is sought contain any entries relating to the merits of this action.

EASTON FURNITURE MFG. CO., Appellant, v. CAMINEZ, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by the Easton Furniture Manufacturing Company against Bertha Caminez. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. For former opinion, see 131 N. Y. Supp. 157.

In re EAST ST. IN VILLAGE OF FT. EDWARD, WASHINGTON COUNTY. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) In the matter of the change of grade of East Street in the Village of Ft. Edward, Washington County, N. Y. No opinion. Orders modified, by striking out award of $10 costs, and, as so modified, unanimously affirmed, without costs.

EDGERTON et al., Appellants, v. DAWSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Emmet Edgerton and another against Evelyn M. Dawson and others. No opinion. Judgment modified, by striking therefrom the words "upon the merits," and, as so modified, affirmed, without costs of this appeal.

In re EDWARDS. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) In the matter of the compulsory judicial settlement of the account of Florence M. Edwards, as executrix, etc., of Richard Marshall, deceased.
PER CURIAM. Order affirmed, without costs to either party, and decree of the Surrogate's Court of Kings county modified, by deducting from the account stated therein the item of $51.40 interest, with which the executrix is charged, together with the item of $150 for furniture, also erroneously charged, and, as so modified, affirmed, with costs to the appellant payable out of the estate.

EDWARDS, Appellant, v. PRESS PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Minnie Edwards against the Press Publishing Company. Morrison & Schiff, for appellant. J. G. Jackson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EINSTOSS, Appellant, v. SELTZERMAN, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Sigmund Einstoss against Jacob Seltzerman. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re ELECTION OF DIRECTORS OF COLUMBIA ENGINEERING WORKS, Inc. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) In the matter of the election of directors of the Columbia Engineering Works, Incorporated. Appeal No. 1. No opinion. Order affirmed, with $10 costs and disbursements.

In re ELECTION OF DIRECTORS OF COLUMBIA ENGINEERING WORKS, Inc. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) In the matter of the election of directors of the Columbia Engineering Works, Incorporated. Appeal No. 2. No opinion. Order affirmed, with $10 costs and disbursements.

In re ELECTION OF DIRECTORS OF NEW YORK & WESTCHESTER TOWN SITE CO. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) In the matter of the election of directors of the New York & Westchester Town Site Company. No opinion. Motion denied, without costs. See, also, 130 N. Y. Supp. 414.

ELLER et al., Appellants, v. AMMANN MFG. & CONST. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Albert D. Eller and Pierre M. Many, copartners trading as Eller & Many, and George W. Smith, as re-

ceiver of the property of said copartnership, against the Ammann Manufacturing & Construction Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 125 App. Div. 912, 109 N. Y. Supp. 1129.

---

In re ELLIS. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) In the matter of the judicial settlement of the account of Robert Ellis, as executor and trustee of the last will and testament of Samuel Burden. deceased. No opinion. Motion denied, without costs, without prejudice to renewal, in case the appeal in the First Department is not prosecuted with diligence. See, also, infra.

---

ELLIS, Appellant, v. BURDEN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Robert Ellis, as sole surviving executor and trustee, etc., against Henry Burden and others. Finck, Embree & Cobb, for appellant. I. G. Darrin and Gillen & Weller, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 129 N. Y. Supp. 1142; supra.

---

ENGEL v. DOSCHER et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Louis G. Engel against Henry Doscher and others, as executors, etc., of Claus Doscher, deceased, and others.

PER CURIAM. Order, so far as appealed from, reversed, without costs, upon the ground that the court had no power to grant the additional allowance.

BURR, J., dissents, upon the ground that the record is insufficient to permit the review of the order appealed from.

---

ENGEL, Respondent, v. LAUER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Louis G. Engel against Barbara Lauer and others. Action No. 1. No opinion. Motion denied, without costs.

---

ENGEL v. LAUER et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911). Action by Louis G. Engel against Barbara Lauer and others. No opinion. Motion denied, without costs. See, also, supra.

---

ENTON, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Louis B. Enton against the Nassau Electric Railroad Company. No opinion. Judgment (68 Misc. Rep. 385, 124 N. Y. Supp. 555) affirmed, with costs.

---

EQUITABLE TRUST CO. v. MOSS. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by the Equitable Trust Company against Samuel H. Moss. No opinion. Application granted. Order signed.

---

EQUITABLE TRUST CO. OF NEW YORK, Appellant, v. NEWMAN, Respondent. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by the Equitable Trust Company of New York against Charles A. Newman. R. E. McLear, for appellant. L. Kauffman, for respondent. No opinion. Determination (129 N. Y. Supp. 259) reversed, with costs in this court and in the Appellate Term, and judgment of City Court affirmed, on opinion in Equitable Co. v. Taylor (2d Dept.) 131 N. Y. Supp. 475, decided October 6, 1911. Order filed. See, also, 130 N. Y. Supp. 1110.

---

In re ERICKSON. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) In the matter of Otto F. Erickson, an attorney and counselor at law. No opinion. Report of referee confirmed, and the said Otto F. Erickson disbarred, and his name stricken from the roll of attorneys and counselors at law. See, also, 130 N. Y. Supp. 1110.

---

In re ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. September 27, 1911.) In the matter of the extension and laying out of a proposed highway across the tracks and right of way of the Erie Railroad Company in the town of Dayton, Cattaraugus county, N. Y. No opinion. Motion to dismiss appeal held, to be decided with the appeal from the final order of the town superintendent, if one is made.

---

ERNST, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Jacob Ernst against the Borden's Condensed Mik Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

ERNST et al. v. HOLZNER. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Mortitz L. Ernst and others against David Holzner. No opinion. Application denied, with $10 costs. Order signed. See, also, 130 N. Y. Supp. 442.

---

ESBACH v. LEVUSSOVE. (Supreme Court. Appellate Division, First Department. October 27, 1911.) Action by Katherine Esbach against Moses S. Levussove. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.